# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145756(20)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                 SC: 145756
                                 COA: 307345
                                 Grand Traverse CC:

CHRISTOPHER WILLIAM KELLMAN,
        Defendant-Appellant.
                                 06-010096-FH
_____/

        On order of the Court, the motion for reconsideration of this Court's November 20, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013 _____      

d0520                                                 Clerk